UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Adrian Rafael Marin Querales

v.                                                      Civil No. 25-cv-474-JL

U.S. Immigration and Customs Enforcement
and Removal Operations, Field Office
Director, et al.

**PRELIMINARY ORDER**

The Court is in receipt of Adrian Rafael Marin Querales' habeas petition and emergency motion to stop transfer. The U.S. Magistrate Judge's review process is underway, and a service of process order will issue shortly.

**Transfer.** Petitioner shall not be transferred outside the District of New Hampshire or outside the jurisdiction of the United States unless the government provides advance notice of the intended move. Such notice shall be filed in writing on the docket of this proceeding, and shall state the reason for the necessity of such action and why the move should not be stayed pending further court proceedings. Once that notice has been docketed, the petitioner shall not be moved out of the district of his detention for a period of at least 72 hours from that docketing.

**Record.** On or before Dec. 4, 2025, the petitioner's counsel shall make a filing providing the court with any additional documentation related to (i) his current detention and removal status, including his DHS arrest warrant and notice to appear; and (ii) his October 2019 release from DHS custody, including his order of supervision.

The motion to stop transfer[1] is granted in part and denied in part, consistent with the above order, without prejudice to further review the respondents' request.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: November 21, 2025

cc: Counsel of Record

---

[1] Doc. no. 2.